UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD,<br>　　　　Plaintiff,<br>　v.<br>CORRECTIONAL OFFICER PENNINGTON,<br>　　　　Defendant. | Case No. C 14-3128 YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY ORDERED that the Court, on its own motion, GRANTS Plaintiff an extension of time in which to file his opposition to Defendant's Motion for Summary Judgment. The time in which Plaintiff may file his opposition to Defendant's Motion for Summary Judgment will be extended up to and including **twenty-eight (28) days** from the date of this Order.

　　　　Defendant shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

　　　　IT IS SO ORDERED.

Dated: June 23, 2015

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　United States District Court Judge